1  CURD, GALINDO & SMITH, L.L.P.
   Jeffery B. Smith SBN 150095
2  301 East Ocean Boulevard, Suite 1700
   Long Beach, CA 90802
3  Telephone: (562) 624-1177
   Facsimile: (562) 624-1178
4

FILED
MAR - 5 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY         Deputy Clerk

5  Attorney for Debtor/ Defendant
   MOHAMMAD BASITH
6

7              UNITED STATES BANKRUPTCY COURT

8          CENTRAL DISTRICT OF CALIFORNIA- SANTA ANA DIVISION

9

| | |
|---|---|
| In re: | Adversary No: SA06-01551 JR |
| MOHAMMAD A. BASITH, AKA MOHAMMED ABDUL BASITH AND MEHER BASITH, | Case No.: 2:06-bk-11463 JR |
| | DEBTOR MOHAMMAD BASITH'S ANSWER TO GATEWAY BUSINESS BANK'S COMPLAINT IN OBJECTION TO DISCHARGE |
| Debtors, | [ NO HEARING REQUIRED] |
| GATEWAY BUSINESS, a California State Banking Corporation, | Honorable Robert Kwan |
| Plaintiffs, | Status Conference<br>Date: April 3, 2007<br>Time: 1:30p.m |
| MOHAMMAD A. BASITH, AKA MOHAMMED ABDUL BASITH, an individual, | Place: 411 West 4th Street Room 5A<br>Santa ana, CA |
| Defendant, | |

Defendant Mohammad Basith answers Gateway Business Bank's "Complaint in Objection to Discharge" ("Complaint") as follows:

1.  Defendant admits the allegations of paragraphs 1, 2, 3, 4, 6, 7, 8, and 13.

2.  Defendant denies the allegations of paragraphs 14, 16, 17, 18, 19, 23, 24, 25, 26, 27, and 28.

1

Debtor Mohammad Basith's Answer to Gateway Business Bank's Complaint in Objection to Discharge

3. Defendant lacks sufficient information or belief to admit or deny, on that basis denies each and every allegation contained in paragraphs 10, 11, and 22 of the Complaint.

4. As to paragraph 15 of the Complaint, Defendant denies that he omitted from any loan application his ownership interest in "Hollywood Bollywood". Defendant admits the remaining allegations of that paragraph.

5. As to paragraphs 12, 14, 15, and 16, the Defendant is not certain that the information referenced was contained in the loan application which he signed, as the information was put on the application by Plaintiff's employee or agent over the phone. On that basis, the allegations are denied.

6. As to paragraph 9 of the Complaint, Defendant admits all but the allegation that Sumik, Inc. "refused" to make payments on the note. Sumik was unable to make payments on the note due to lack of funds.

### FIRST AFFIRMATIVE DEFENSE

### (FAILURE TO STATE A CAUSE OF ACTION)

4. The Complaint fails to state sufficient facts to constitute a cause of action against defendant.

### SECOND AFFIRMATIVE DEFENSE

### (ESTOPPEL)

5. The plaintiff is estopped from claiming any amount allegedly due, by reason of its own conduct, or that of its agents, servants and employees.

### THIRD AFFIRMATIVE DEFENSE

### (WAIVER)

6. Plaintiff has waived any right, if any, to claim any sums due, by reason of its own conduct, or that of its agents, servants and employees.

### FOURTH AFFIRMATIVE DEFENSE

(UNCLEAN HANDS)

7. Plaintiff come to this court with unclean hands and cannot complain of the acts or omissions of Defendants.

## FIFTH AFFIRMATIVE DEFENSE

(IMPROPER PARTY PLAINTIFFS)

8. Defendants are not the obligee to some or all of the amounts alleged owed to Plaintiff in its Complaint, and is not a real party of interest to said claims. The Gateway co-guarantor, the SBA is an indispensable party to this action.

## SIXTH AFFIRMATIVE DEFENSE

9. Plaintiff, and or plaintiff's agents did not justifiably or actually rely on any statements alleged to have been made by Defendants in support of their claims.

WHEREFORE, defendant prays for judgment as follows:

1. Plaintiff takes nothing by way of his complaint;
2. Defendants be dismissed with their attorney's fees and costs of suit incurred herein;
3. For such other and further relief as the court may deem just and proper.

DATE: 2/28/07

CURD, GALINDO & SMITH, L.L.P

Jeffrey B. Smith, Attorney for Debtor/Defendant Mohammad Basith

3

Debtor Mohammad Basith's Answer to Gateway Business Bank's Complaint in Objection to Discharge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is 301 East Ocean Boulevard, Suite 1700, Long Beach, California 90802. On March 2, 2007, I served the foregoing document(s) described as:

DEBTOR MOHAMMAD BASITH'S ANSWER TO GATEWAY BUSINESS BANK'S COMPLAINT IN OBJECTION TO DISCHARGE on the interested party(ies) in this action by placing a true and correct copy of each document thereof as follows:

SEE ATTACHED SERVICE LIST

(X) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 2, 2007, at Long Beach, California.

_____
Veronica Garcia

SERVICE LIST

Shannon Switzer
Curt, Craton & Switzer, L.L.P
100 Oceangate Suite 1200
Long Beach, CA 90802