CURD, GALINDO & SMITH, L.L.P.
JEFFREY B. SMITH, SBN 150095
301 East Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Telephone: (562) 624-1177
Facsimile: (562) 624-1178

Attorney for Debtor/ Defendant
MOHAMMAD BASITH

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA- SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>MOHAMMAD A. BASITH, AKA MOHAMMED ABDUL BASITH AND MEHER BASITH,<br><br>Debtors,<br><br>GATEWAY BUSINESS BANK, a California State Banking Corporation,<br><br>Plaintiffs,<br><br>MOHAMMAD A. BASITH, AKA MOHAMMED ABDUL BASITH, an individual,<br><br>Defendant, | Case No.: 2:06-bk-11463 RK<br><br>Adversary No.: 8:06-01551 RK<br><br>STIPULATION FOR ENTRY OF JUDGMENT AND COVENANT NOT TO EXECUTE; JUDGMENT THEREON |

TO THE HONORABLE ROBERT KWON, UNITED STATES BANKRUPTCY JUDGE:

IT IS HEREBY STIPULATED, BY AND BETWEEN PLAINTIFF GATEWAY BUSINESS BANK, BY AND THROUGH ITS ATTORNEYS OF RECORD, AND DEBTOR/DEFENDANT MOHAMMA BASITH, BY AND THROUGH HIS ATTORNEY OF RECORD, AS FOLLOWS:

1. Mohammad Basith hereby stipulates to judgment in the amount of $20,000 (twenty thousand dollars) on the First Cause of Action to Plaintiff's Complaint herein, ONLY said judgment shall be deemed non-dischargeable pursuant to 11 U.S.C §523(a)(2)(B).

2. The Court approves and hereby enters dismissal of the second, cause of action in favor of Defendant.

3. Plaintiff covenants and agrees that it shall not execute, in any manner, said judgment provided that Defendant shall pay Plaintiff the sum of $7,500.00 (seven thousand five hundred dollars), on or before January 31, 2009.

4. Judgment as provided herein shall not accrue interest provided that Defendant timely pays the amount described in the preceding paragraph.

5. If Defendant fails to make payment called for in paragraph 3, then the entire balance then remaining ($20,000, less payments made) shall commence accrual of interest at the highest rate allowed by law, and, in such event, Plaintiff shall be entitled to execute said judgment in any manner allowed by law.

6. Upon timely payment of $7,500 as provided in paragraph 3 above, Plaintiff shall file a full and complete satisfaction of judgment with the Court.

IT IS SO STIPULATED.

Date: 10/23/07

CURD, GALINDO & SMITH, L.L.P

Jeffrey B. Smith, Attorney for Defendant Mohammad Basith

Date: 11/7/07

LAW OFFICES OF M. JONATHAN HAYES

M. Jonathan Hayes, Attorney for Plaintiff Gateway Business Bank

2

Debtor/Defendant Stipulation For Entry Of Judgment

HAVING CONSIDERED AND RECEIVED THE STIPULATION OF THE PARTIES, THE COURT ENTERS JUDGMENT AS FOLLOWS:

A.  Plaintiff's, second cause of action is dismissed.

B.  On Plaintiff's first cause of action: JUDGMENT for Plaintiff in the amount of $20,000 (twenty thousand dollars), which amount is not dischargeable pursuant to 11 U.S.C. §523(a)(2)(B).

C.  Plaintiff shall not execute this judgment, and said judgment shall not accrue interest, provided except as provided in the above stipulation. The Court incorporates paragraphs 3, 4, 5, and 6 of the above stipulation into this judgment.

Date: **DEC 4 2007**

United States Bankruptcy Court

Honorable Robert Kwan
United States Bankruptcy Judge

*Curd, Galindo & Smith, L.L.P.*
*301 E. Ocean Boulevard, Suite 1700*
*Long Beach, CA 90802*
*Ph: (562) 624-1177*
*Fx: (562) 624-1178*

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA     )
                        ) ss:
COUNTY OF LOS ANGELES   )

*Case:*
*Case No:*

I am employed in the County of Los Angeles, State of California by the LAW OFFICE OF M. JONATHAN HAYES. I am over the age of 18 and not a party to the within action; my business address is 2180 Oxnard Street, Suite 840, Woodland Hills, CA 91367.

On November 7, 2007, I served on interested parties in said action the within:

**STIPULATION FOR ENTRY OF JUDGEMENT AND COVENANT NOT TO EXECUTE; JUDGEMENT THEREON**

on all interested parties addressed as follows:

**Jeff Smith**
301 E. Ocean Blvd
Suite 460
Long Beach, CA 90802

☒ **BY MAIL:** I placed the document(s) for collection and deposit in the mail. I am familiar with this firms' practice for the collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with the postage thereon fully prepaid at Woodland Hills, California, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

☐ **BY FASCIMILE:** I caused such document to be delivered by facsimile to the offices

I declare under penalty of perjury under the laws of the state of California and of the United States of America that the foregoing is true and correct.

Executed on November 7, 2007 at Woodland Hills, California.

Desmond Hayes
(Type or print name)                                    (Signature)

**NOTE TO USERS OF THIS FORM**

*Physically attach this form as the last page of the proposed Order or Judgement.*
*Do **not** file this form as a separate document*

| In re: MOHAMMAD A. BASITH | CHAPTER: 7 |
|---|---|
| Debtor | CASE NUMBER: 2:06-bk-11463 RK<br>ADV No. SA06-01551 RK |

# NOTICE OF ENTRY OF JUDGEMENT OT ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE FOLLOWING SERVICE LIST:

1. You are hereby notified, pursuant to Local District Rule 8 (8016-8), that a Judgement or Order entitled:

   **STIPULATION FOR ENTRY OF JUDGEMENT AND COVENANT NOT TO EXECUTE; JUDGEMENT THEREON**

   Was entered on (*specify date*): **DEC - 6 2007**

2. I hereby certify that I mailed a copy of this notice and a true copy of the Judgement or Order to the persons and entities listed below on (*specify date*): **DEC - 6 2007**

Jeffrey B. Smith
Curd, Galindo & Smith LLP
301 East Ocean Blvd., Suite 1700
Long Beach, CA 90802

M. Jonathan Hayes
Law Offices of M. Jonathan Hayes
21800 Oxnard Street, Suite 840
Woodland Hills, CA 91367

Dated: **DEC - 6 2007**

JON D. CERETTO
Clerk of the District Court

By: _____
Deputy Clerk